7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re _Kevin & Deborah Arnold_ | |
| Arrowhead Hospital<br>8620 N 22 Ave 200<br>Phoenix AZ 85021 | Chapter |
| | Case Number 2:05-bk-07150 |
| Debtor (s) | |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to Arrowhead Hospital, in the amount of $ $353.46 and said check having not been cashed by said payee, the Trustee pursuant to 11 U. S. C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U. S. Bankruptcy Court, which was deposited in the United States Treasury. Application is hereby made for the Clerk, U. S. Bankruptcy Court to pay this unclaimed money to Arrowhead Hospital.

I declare under penalty of perjury that the information provided in this application for payment of unclaimed funds is true and correct.

_____
Signature required

03/01/2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

**In Re:**

Arrowhead Hospital
8620 N 22 Ave 200
Phoenix AZ 85021

**Case Number:** 2:05-bk-07150

**Chapter:**

Debtor(s)

## NOTICE OF SERVICE

Notice is hereby given that on __2/24/2010__, a copy of the Application for Payment of Unclaimed Funds was mailed to the office of the United States Attorney for the District of Arizona, **2 Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix, Arizona 85004.**

by: _____
Signature Required

03/01/2010



Court Information    Judges' Information    Debtor Help    Creditor Help    ECF Help    Español    [Search]

### Public Notice - Unclaimed Funds

Home

Office Hours, Locations and Directories

Employment Opportunities

FAQs

Links

Forms and Publications

How to Request an Old Bankruptcy Case File

**COURT CALENDARS**

View Calendars
View 341 Calendars

**ONLINE SERVICES**

File Electronically on ECF

U.S. Party/Case Index

File a Claim

Unclaimed Funds Listing

Judicial Misconduct Complaint Form

First Magnus Claims Register

First Magnus News and Information



Font Size:  

Use the form below to search the unclaimed funds list (leave all fields blank to return the complete list):

Case (Debtor) Name:

Case Number: 2:05-bk-07150

Recipient Name: Arrowhead Hospital

[Search List]

Printer-Friendly Version

| Case (Debtor) Name | Case Number | Recipient Name / Address | Amount |
|---|---|---|---|
| KEVIN ARNOLD AND DEBORAH ARNOL | 2:05-bk-07150 | ARROWHEAD HOSPITAL<br>PO BOX 23902<br>PHOENIX, AZ 85382 | $325.85 |
| KEVIN ARNOLD AND DEBORAH ARNOL | 2:05-bk-07150 | ARROWHEAD HOSPITAL<br>PO BOX 23902<br>PHOENIX, AZ 85382 | $27.61 |

Copyright © 2006 - 2010 US Bankruptcy Court - District of Arizona    All Rights Reserved

Contact/Help

**Abrazo Health Care**

Brian Seher
*Vice President, Reimbursement & Decision Support*

8620 N. 22nd Avenue, Suite 200
Phoenix, AZ 85 021
602-674-6707
602-674-6772 (fax)

bseher@abrazohealth.com

03/01/2010